IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**COURTNEY MITCHELL,**
**Administratrix of Estate of**
**Charles Livingston, deceased**                  **PLAINTIFF**

v.                No. 3:12-cv-99-DPM

**STEPHEN ARROWSMITH and**
**DART TRANSIT COMPANY**                  **DEFENDANTS**

## JUDGMENT

Mitchell's claims are dismissed with prejudice pursuant to the parties' settlement.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 October 2012